1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEOLA DAVIS, et al.,                    No. 2:24-cv-02161-DC-SCR

12                 Plaintiffs,

13        v.                                 ORDER GRANTING PLAINTIFFS'
                                             REQUEST TO SEAL
14   COUNTY OF SOLANO, et al.,
                                             (Doc. No. 37)
15                 Defendants.

16

17        On June 11, 2025, Plaintiffs filed a notice of their request to seal the June 9, 2025

18   declaration of their counsel, Attorney Brandon Yee, which is submitted in support of Plaintiffs'

19   counsel's motion to withdraw as counsel in this action. (Doc. No. 37.) Attorney Yee explains that

20   his declaration should be filed under seal because it outlines Plaintiffs' counsel's reasoning for

21   withdrawing, and those reasons "involve a disagreement of material facts between Plaintiffs'

22   Counsel and Plaintiffs," and "[t]he discussion leading to the material disagreement are protected

23   by client attorney privilege." (Doc. No. 37-1 at 2.) Further, Attorney Yee's declaration also

24   discloses counsel's advice to the Plaintiffs," and Attorney Yee believes that "[i]f this information

25   is disclosed to the public, or to opposing counsel, it would put Plaintiffs at an unfair

26   disadvantage." (Doc. No. 37 at 3.)

27        The court recognizes that all documents filed with the court are presumptively public. *San

28   Jose Mercury News, Inc. v. U.S. Dist. Court*, 187 F.3d 1096, 1103 (9th Cir. 1999) ("It is well-

1

1   established that the fruits of pretrial discovery are, in the absence of a court order to the contrary,

2   presumptively public.").

3       Generally, there are two standards governing requests to seal documents. *Pintos v. Pac.*

4   *Creditors Ass'n*, 605 F.3d 665, 677 (9th Cir. 2010).

5           [J]udicial records attached to dispositive motions [are treated]
            differently from records attached to non-dispositive motions. Those
6           who seek to maintain the secrecy of documents attached to
            dispositive motions must meet the high threshold of showing that
7           "compelling reasons" support secrecy. A "good cause" showing
            under Rule 26(c) will suffice to keep sealed records attached to non-
8           dispositive motions.

9   *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (citing *Foltz v. State*

10  *Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135–36 (9th Cir. 2003)). Here, because Plaintiffs seek

11  to seal a declaration filed in support of a motion to withdraw as counsel, which is not a dispositive

12  motion, the "good cause" standard applies.

13      Having reviewed the June 9, 2025 declaration of Attorney Yee, which contains

14  information protected by the attorney-client privilege, the court finds Plaintiffs have shown good

15  cause exists to permit the filing of that declaration under seal. The court will therefore grant

16  Plaintiffs' request to file under seal Attorney Yee's declaration in support of Plaintiffs' counsel's

17  motion to withdraw as counsel of record.

18      Accordingly,

19      1.   Plaintiffs' request to seal (Doc. No. 37) is GRANTED;

20      2.   The declaration of Plaintiffs' counsel, Attorney Brandon Yee, dated June 9, 2025,

21           shall be filed under seal, to be accessed only by the court; and

22      3.   Plaintiffs shall send a PDF copy of Attorney Brandon Yee's declaration dated June

23           9, 2025 via email to ApprovedSealed@caed.uscourts.gov for filing under seal on

24           the docket in this case.

25

26      IT IS SO ORDERED.

27  Dated:   **June 13, 2025**                                    _____

                                                                Dena Coggins
28                                                              United States District Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28